UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20152-MOORE

UNITED STATES OF AMERICA

v.

ELIZABETH HERNANDEZ,

      **Defendant.**

_____/

## UNITED STATES' NOTICE OF APPEARANCE

Undersigned counsel hereby files this Notice of Appearance as counsel of record for the United States of America in this case. Please send all notices and inquiries concerning this matter to the undersigned counsel at the address listed below.

Dated: July 13, 2022                                Respectfully submitted,

                                                                By:  */s Emily M. Gurskis*
                                                                       Emily M. Gurskis
                                                                       TRIAL ATTORNEY
                                                                       Florida Special Bar #A5502499
                                                                       United States Department of Justice
                                                                       Criminal Division, Fraud Section
                                                                       1400 New York Avenue, NW
                                                                       Washington, D.C.  20005
                                                                       Tel: (202) 203-9186
                                                                       emily.gurskis@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                              By:   */s Emily M. Gurskis*
                                                         Emily M. Gurskis
                                                         TRIAL ATTORNEY
                                                         Florida Special Bar #A5502499
                                                         United States Department of Justice
                                                         Criminal Division, Fraud Section
                                                         1400 New York Avenue, NW
                                                         Washington, D.C. 20005
                                                         Tel: (202) 203-9186
                                                         emily.gurskis@usdoj.gov