**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-80073-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

JOHN MOORE, JR.
TANNER MANSELL,
                Defendants.
_____/

**<u>SUPPLEMENTAL OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT</u>**

       COMES NOW the Defendants, by and through undersigned counsel, who hereby file the following Supplemental Objections to the Presentence Investigation Report ("PSR") filed by the U.S. Probation Office in this case:

       1.  **<u>¶ 96:</u>**  Initially the PSR found that the losses are not ascertainable and a restitution hearing should be set at a later date.  In the Addendum to the Presentence Report the U.S. Probation Officer found that the total amount of restitution for equipment taken/destroyed and the shark loss was $3,343.72 and noted that the matter of restitution could be concluded at the sentencing hearing.  In addition to its previous objections to the Restitution calculations, the victims in this case have been fully reimbursed based on a GoFundMe page that was set up for the Captain of Day Boat III, Richard Thomas Osburn on August 11, 2020.  *See* *https://www.gofundme.com/f/replace-thomas-long-line-gear?utm_source=customer&utm_medium=copy_link&utm_campaign=p_cf%20share-flow-1&fbclid=IwAR1rffL0Ddx-NZyh2BM0p1DP8Zp-IZnQZJyqwGGsLr2ap5Tv4-i0VHE4bho*.  The GoFund Me campaign shows a picture of Mr. Moore with the fishing line and says "So we all

know what happen.  Thomas [Richard Thomas Osburn] is legit and is taking our complaints and fishing areas that are bad.  Yesterday his gear was destroyed in Jupiter.  We all know the law and courts take a long time.  I've been told the gear was around $5,000.  Let's get him back up and running."  To date, the GoFundMe page has raised $4,502, more than the $3,342.72 in restitution calculated by U.S. Probation. Thus, in addition to getting the fishing line back, the victims have already been made whole.

2.  **¶ 99:**  Defendants object to a restriction prohibiting their association while on probation/supervised release.  Mr. Moore and Mr. Mansell work together and need to associate, there is no danger in them continuing to associate

Respectfully submitted,

*/s/ Ian J. Goldstein*
IAN J. GOLDSTEIN, ESQUIRE
Florida Bar No. 0085219
Counsel for Tanner Mansell

LAW OFFICES OF IAN GOLDSTEIN, P.A.
330 Clematis Street, Suite 209
Tel: (561) 600-0950
Email: ian@iangoldsteinlaw.com

*/s/ Marc David Seitles*
Marc David Seitles
Fla. Bar No. 0178284
mseitles@seitleslaw.com
Counsel for John Moore

*/s/ Ashley Litwin*
Ashley Litwin
Fla. Bar No. 0096818
alitwin@seitleslaw.com
Co-counsel for John Moore

SEITLES & LITWIN, P.A.
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, Florida 33128
T: 305-403-8070
F: 305-403-8210

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 8, 2023, the foregoing document was electronically filed via CM/ECF which will serve all parties of record.

<u>***/s/ Marc D. Seitles***</u>
Marc D. Seitles