Ms. Elizabeth Hernandez
Fee Agreement
November 20, 2020
Page 5 of 6

The foregoing accurately represents the complete agreement between Elizabeth Hernandez and the Law Offices of Jeffrey S. Weiner, P.A., Attorneys at Law. Your signature below constitutes your acceptance of the terms and conditions of this agreement. Please return the enclosed copy after you have read and signed it. If you have any questions, please do not hesitate to discuss them with us before signing below. Take as much time as you need to consider all the terms and conditions of this contract before you sign freely and voluntarily, knowingly and intelligently.

      Very truly yours,

      */s/ Jeffrey S. Weiner*
      Jeffrey S. Weiner, Esquire
      For the Firm

      */s/ Annabelle Nahra Nadler*
      Annabelle Nahra Nadler, Esquire
      For the Firm

      */s/ Diego Weiner*
      Diego Weiner, Esquire
      For the Firm

      */s/ Yisel Villar*
      Yisel Villar, Esquire
      For the Firm

Ms. Elizabeth Hernandez
Fee Agreement
November 20, 2020
Page 6 of 6

I, Elizabeth Hernandez, have read the foregoing binding legal contract involving a non-refundable retainer and legal fees and affirm and approve the terms and conditions therein and agree to be bound by them. Further, I acknowledge that the Law Offices of Jeffrey S. Weiner, P.A., Attorneys at Law has made no promises, assurances or guarantees of any kind with respect to the likelihood of success in this matter. I sign below, freely and voluntarily, knowingly and intelligently, and after having ample time to consider all provisions of this legally binding contract.

Dated: November 20 , 2020.

_____
Elizabeth Hernandez[2]

EH
_____

[2] Please initial the bottom of every page as your agreement, acknowledgement and understanding of the terms above.

# Fwd: Retainer agreement

**pinkeli (null) <pinkeli@aol.com>**
Mon 1/30/2023 9:12 AM
To: Dianne Carames <dianne@puglisicarames.com>

Sent from my iPhone

Begin forwarded message:

**From:** pinkeli <pinkeli@aol.com>
**Date:** November 20, 2020 at 5:49:23 PM EST
**To:** Kathy Suarez <kathy@jeffweiner.com>
**Cc:** Augusto Bravo <augusto@jeffweiner.com>
**Subject: Re: Retainer agreement**


On Nov 20, 2020, at 4:29 PM, Kathy Suarez <kathy@jeffweiner.com> wrote:


<Fee Agreement .pdf>