## Fwd: Proffer Letter - Elizabeth Hernandez

**pinkeli@aol.com** <pinkeli@aol.com>
Sat 1/28/2023 2:51 PM
To: Sabrina Puglisi <sabrina@puglisicarames.com>;Dianne Carames <dianne@puglisicarames.com>

📎 1 attachments (189 KB)
Annabelle Nahra Nadler Proffer Letter.pdf;

-----Original Message-----
From: Annabelle Nahra <annabelle@jeffweiner.com>
To: pinkeli <pinkeli@aol.com>; Yisel Villar <yisel@jeffweiner.com>
Sent: Mon, Mar 15, 2021 3:34 pm
Subject: Fwd: Proffer Letter - Elizabeth Hernandez

Please review and sign and send back to me.

# ANNABELLE NAHRA NADLER

**Jeffrey S. Weiner, P.A. Attorneys at Law, Florida**
**Criminal Defense Lawyers**

Two Datran Center, Suite 1910
9130 South Dadeland Boulevard
Miami, Florida 33156
[Click for Google Map Directions](#)

Phone (305) 670-9919
Fax (305) 670-9299
Website: [www.jeffweiner.com](http://www.jeffweiner.com)

**We defend the Bill of Rights, one case at a time ® - since 1974.**