IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20152-CR-MOORE

UNITED STATES OF AMERICA,
          Plaintiff,
vs.

ELIZABETH HERNANDEZ,
          Defendant.
_____/

## DEFENDANT'S WITNESS LIST

**COMES NOW**, Elizabeth Hernandez, by and through undersigned counsel, and hereby files this Preliminary Witness List identifying the following as potential witnesses in this matter. The Defendant may call the following witnesses:

1. Any and all witnesses listed by the Government without waiving objections thereto.

2. Orlando Buissereth
   Special Agent Office, Inspector General

3. Isaac Bledsoe
   Special Agent, Office Inspector General

4. D.J. Soto (030-7082)
   Officer, Miami Dade Police Department

5. Michael Haas
   Analyst, Pivotal IT Consulting

Ms. Hernandez further reserves the right to amend and/or supplement her witness list, as necessary, in light of the continuing review of discovery and the Government's evidence at trial.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Puglisi Law | /s/ *Sabrina Puglisi* |
| 1900 N. Bayshore Dr. Suite 1A | Sabrina Puglisi |
| Miami, FL 33132 | Fla. Bar No. 0324360 |
| Tel: (305) 403-8063 | Email: sabrina@puglisilaw.com |
|  | /s/ *Dianne E. Carames* |
|  | Dianne E. Carames |
|  | Fla. Bar No. 68419 |
|  | Email: sabrina@puglisilaw.com |
| Law Office of Dustin Tischler, P.A. | /s/ *Dustin Tischler* |
| One Flagler Building | Dustin Tischler |
| 14 NE 1st Ave Ste 400 | Florida Bar No. 33746 |
| Miami, FL 33132-2404 | E-mail: dustin@dustintischlerlaw.com |
| Office: 305-374-4600 |  |
| Cell: 305-801-6316 |  |

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2023, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing the United States Attorney's Office, Southern District of Florida.

/s/ Dianne E. Carames
Dianne E. Carames, Esq.