**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:22-CR-20152-MOORE**

**UNITED STATES OF AMERICA**

   **vs.**

 **ELIZABETH HERNANDEZ**

         **Defendant**

_____/

<u>**WITNESS LIST**</u>

The United States anticipates calling the below individuals to testify in the trial of the above-captioned matter, and reserves its right to call any witness identified by the Defendant, and any witness in rebuttal.

1.  Maria Aleu

2.  Susan Bryan

3.  Alice Collins

4.  Michael Degnan (financial analyst)

5.  Pamela Edwin

6.  Richard Epstein

7.  Michael Stein

8.  Antonio Gousgounis

9.  Dr. Robert Hoover

10. Steven Kahn

11. Patricia Keys

12. Joanna Ledesma

1

13. Dr. Anthony Magliocco

14. Michael Nolan

15. Stephen Quindoza

16. Robin Sheehan (HHS Analyst)

17. William Stewart (Or similarly-situated FBI Agent)

18. Monique Thomas

19. Becky Whittemore

20. John Whittemore

Dated: September 7, 2023                                  Respectfully submitted,

                                                        MARKENZY LAPOINTE
                                                        UNITED STATES ATTORNEY

                                                        GLENN S. LEON
                                                        CHIEF, FRAUD SECTION
                                                        CRIMINAL DIVISION
                                                        U.S. DEPARTMENT OF JUSTICE

                                            By:    */s/ Katherine Payerle*
                                                        Katherine Payerle
                                                        Assistant Chief
                                                        Florida Special Bar No. A5502190
                                                        United States Department of Justice
                                                        Criminal Division, Fraud Section
                                                        1400 New York Avenue, N.W.
                                                        Washington, D.C. 20005
                                                        Tel: (202) 341-4227
                                                        Email: Katherine.Payerle@usdoj.gov

## CERTIFICATE OF SERVICE

I, Katherine Payerle, hereby certify that on September 7, 2023, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.


By:     */s/ Katherine Payerle*
        Katherine Payerle
        Assistant Chief
        Florida Special Bar No. A5502190
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Avenue, N.W.
        Washington, D.C. 20005
        Tel: (202) 341-4227
        Email: Katherine.Payerle@usdoj.gov