UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
22-CR-20152-KMM

UNITED STATES OF AMERICA

v.

ELIZABETH HERNANDEZ

      Defendant.
_____/

## GOVERNMENT ADMITTED EXHIBITS LIST

The government may add or remove documents from this list, and reserves the right to decline to admit any document on this list. The government further reserves the right to add any exhibit on the defendant's exhibit list, and any document or exhibit necessary for rebuttal.

| Exhibit No. | Date Admitted | Description |
|---|---|---|
| | | **100s** |
| 101 | 9/13/2023 | 2020 Medicare Reimbursement Rates – Miami FL |
| 102 | 9/13/2023 | Medicare Claims Data Summary, Genetic Tests and Orthotics Ordered by Elizabeth Hernandez Over Time by Number of Beneficiaries |
| 103 | 9/13/2023 | Medicare Claims Data Summary, DME/Orthotics and Genetic Tests Ordered by Elizabeth Hernandez, Map of Beneficiary Residences |
| 104 | 9/13/2023 | Medicare Claims Data Summary, Orthotics/Braces Ordered by Elizabeth Hernandez Over Time by Number of Braces |
| 105 | 9/13/2023 | Medicare Claims Data Summary, Number of Orthotics/Braces per Beneficiary Ordered by Elizabeth Hernandez |
| 106 | 9/13/2023 | Medicare Claims Data Summary, Knee Braces Ordered by Elizabeth Hernandez and Reimbursement Rates |
| 107 | 9/13/2023 | Medicare Claims Data Summary, Orthotics and DME Ordered by Elizabeth Hernandez |
| 108 | 9/13/2023 | Medicare Claims Data Summary, Genetic Tests Ordered by Elizabeth Hernandez |
| 109 | 9/13/2023 | Medicare Claims Data Summary, Genetic Tests Ordered by Elizabeth Hernandez Over Time by Number of Tests |
| 110 | 9/13/2023 | Nationwide Ranking of Ordering Practitioners for Genetic Tests, Dates of Service Jan 2018 to Dec 2021 |

| Exhibit No. | Date Admitted | Description |
|---|---|---|
| 111 | 9/13/2023 | Medicare Claims Data Summary, Genetic Tests Ordered by Elizabeth Hernandez, Gene Analysis - Noonan Syndrome; Code 81442 |
| 112 | 9/13/2023 | Nationwide Ranking of Ordering Practitioners for Gene Analysis - Noonan Syndrome; Code 81442, Dates of Service Jan 2018 to Dec 2021 |
| 113 | 9/13/2023 | Medicare Claims Data Summary, Evaluation & Management Services Billed by Elizabeth Hernandez Over Time by Number of Visits |
| 114 | 9/13/2023 | Medicare Claims Data Summary, Part B Claims for Telehealth Services Billed by Elizabeth Hernandez, Map of Beneficiary Residences |
| 115 | 9/13/2023 | Medicare Claims Data Summary, Part B Claims for Services Billed by Elizabeth Hernandez |
| 116 | 9/13/2023 | Medicare Claims Data Summary, Counts 2-7 |
| 117 | 9/13/2023 | Medicare Claims Data Summary, Time Analysis of Office Visits Billed by Elizabeth Hernandez |
| 120 | 9/13/2023 | Certification Statement for Individual Practitioners (855I), signed by Elizabeth Hernandez on March 17, 2020 (HERNANDEZ-DOJ3-0000000388 through HERNANDEZ-DOJ3-0000000392) |
| 122 | 9/13/2023 | R.C. records faxed to CMS by Maria Aleu on January 13, 2021 (HERNANDEZ-DOJ3-0000001300 through HERNANDEZ-DOJ3-0000001306) |
| 123 | 9/13/2023 | A.R. records faxed to CMS by Maria Aleu on January 13, 2021 (HERNANDEZ-DOJ3-0000000958 through HERNANDEZ-DOJ3-0000000961) |
| 124 | 9/15/2023 | P.J. Medicare Summary Notice provided to CMS by Monique Thomas (Senior Medicare Patrol) (HERNANDEZ-DOJ3-0000000399 through HERNANDEZ-DOJ3-0000000403) |
| 125 | 9/13/2023 | Medicare Claims Data Summary Counts 8 to 10 |
| 126 | 9/13/2023 | Medicare Part B Claims Data with Elizabeth Hernandez as Rendering Provider, 1/1/2017 – 10/8/2021 (HERNANDEZ-DOJ3-0000000410) |
| 127 | 9/13/2023 | DME Medicare Part B Claims Data with Elizabeth Hernandez as Referring Provider, 1/1/2017 – 10/8/2021 (Produced native) |
| 128 | 9/13/2023 | Laboratory Medicare Part B Claims Data with Elizabeth Hernandez as Referring Provider, 1/1/2017 – 10/8/2021 (HERNANDEZ-DOJ3-0000000409) |
| 129 | 9/15/2023 | UnitedHealthCare Claims Data for Elizabeth Hernandez Genetic Testing Referrals, 2018-2021 (Produced native) |
| 130 | 9/15/2023 | Humana Claims Data for Elizabeth Hernandez Genetic Testing Referrals (Produced native) |
| 131 | 9/13/2023 | Nationwide Ranking – Referring Providers for Genetic Testing, 2018-2021 (Produced native) |

| Exhibit No. | Date Admitted | Description |
|---|---|---|
| 132 | 9/13/2023 | Nationwide Ranking – Referring Providers for CPT Code 81442, 2018-2021 (Produced native) |
| 133 | 9/15/2023 | Medicare Claim for Evaluation & Management Visit billed by Elizabeth Hernandez for J.W. (HERNANDEZ_0000068547 through HERNANDEZ_0000068548) |
| 134 | 9/15/2023 | Medicare Claim for Genetic Testing Amerihealth Laboratory billed for J.W. (HERNANDEZ_0000069425 through HERNANDEZ_0000069429) |
| 135 | 9/15/2023 | Tricare Explanation of Benefits for 99204 visit billed by Elizabeth Hernandez for J.W. (HERNANDEZ_0000069430) |
| 136 | 9/13/2023 | Medicare Claims Data Summary, Part B Claims for DME/Orthotics Ordered by Elizabeth Hernandez after Feb 2, 2019 and Genetic Tests Ordered after September 29, 2019 |
| | | **200s** |
| 201 | 9/15/2023 | Monthly DocuSign Time Analysis |
| 202 | 9/15/2023 | Daily DocuSign Time Analysis |
| 203 | 9/15/2023 | DocuSign Time Analysis |
| 204 | 9/15/2023 | DocuSign Analysis for D.D. (Count 8 Beneficiary) |
| 205 | 9/14/2023 | March 1, 2019 Doctor's Order for Braces for B.R. (HERNANDEZ-DOJ-0000986679 through HERNANDEZ-DOJ-0000986688) |
| 205A | 9/14/2023 | March 1, 2019 B.R. DocuSign Timestamps (HERNANDEZ-DOJ-0002021192 through HERNANDEZ-DOJ-0002021196) |
| 206 | 9/14/2023 | March 11, 2019 Doctor's Order for Braces for R.M. (HERNANDEZ-DOJ-0000986190 through HERNANDEZ-DOJ-0000986199) |
| 206A | 9/14/2023 | March 11, 2019 R.M. DocuSign Timestamps (HERNANDEZ-DOJ-0002024265 through HERNANDEZ-DOJ-0002024269) |
| 207 | 9/14/2023 | March 15, 2019 Doctor's Order for Braces for L.G. (HERNANDEZ-DOJ-0001003059 through HERNANDEZ-DOJ-0001003068) |
| 207A | 9/14/2023 | March 15, 2019 L.G. DocuSign Timestamps (HERNANDEZ-DOJ-0002011080 through HERNANDEZ-DOJ-2011084) |
| 208 | 9/14/2023 | March 17, 2019 Doctor's Order for Braces for W.B. (HERNANDEZ-DOJ-0000935744 through HERNANDEZ-DOJ-0000935753) |
| 208A | 9/15/2023 | March 17, 2019 W.B. DocuSign Timestamps (HERNANDEZ-DOJ-0002010024 through HERNANDEZ-DOJ-0002010028) |
| 209 | 9/14/2023 | March 19, 2019 Doctor's Order for Braces for D.W. (HERNANDEZ-DOJ-0000936159 through HERNANDEZ-DOJ-0000936168) |
| 209A | 9/14/2023 | March 19, 2019 D.W. DocuSign Timestamps (HERNANDEZ-DOJ-0002016353 through HERNANDEZ-DOJ-0002016357) |
| 210 | 9/14/2023 | March 26, 2019 Doctor's Order for Braces for D.S. (HERNANDEZ-DOJ-0000912110 through HERNANDEZ-DOJ-0000912119) |
| 210A | 9/14/2023 | March 26, 2019 D.S. DocuSign Timestamps (HERNANDEZ-DOJ-0002010034 through HERNANDEZ-DOJ-0002010038) |

| Exhibit No. | Date Admitted | Description |
|---|---|---|
| 211 | 9/14/2023 | March 26, 2019 Doctor's Order for Braces for V.S. (HERNANDEZ-DOJ-0000947027 through HERNANDEZ-DOJ-0000947036) |
| 211A | 9/14/2023 | March 26, 2019 V.S. DocuSign Timestamps (HERNANDEZ-DOJ-0002019716 through HERNANDEZ-DOJ-0002019720) |
| 212 | 9/14/2023 | March 27, 2019 Doctor's Order for Braces for D.D. (HERNANDEZ-DOJ-0000912990 through HERNANDEZ-DOJ-0000912999) |
| 212A | 9/15/2023 | March 27, 2019 D.D. DocuSign Timestamps (HERNANDEZ-DOJ-0002020887 through HERNANDEZ-DOJ-0002020891) |
| 213 | 9/14/2023 | March 28, 2019 Doctor's Order for Braces for J.K. (HERNANDEZ-DOJ-0000917770 through HERNANDEZ-DOJ-0000917779) |
| 213A | 9/14/2023 | March 28, 2019 J.K. DocuSign Timestamps (HERNANDEZ-DOJ-0002014178 through HERNANDEZ-DOJ-0002014182) |
| 214 | 9/14/2023 | April 4, 2019 Doctor's Order for Braces for J.C. (HERNANDEZ-DOJ-0000936799 through HERNANDEZ-DOJ-0000936808) |
| 214A | 9/14/2023 | April 4, 2019 J.C. DocuSign Timestamps (HERNANDEZ-DOJ-0002022202 through HERNANDEZ-DOJ-0002022206) |
| 215 | 9/14/2023 | April 8, 2019 Doctor's Order for Braces for C.W. (HERNANDEZ-DOJ-0000939180 through HERNANDEZ-DOJ-0000939189) |
| 215A | 9/14/2023 | April 8, 2019 C.W. DocuSign Timestamps (HERNANDEZ-DOJ-0002019638 through HERNANDEZ-DOJ-0002019642) |
| 216 | 9/15/2023 | DocuSign Guide |
| 217 | 9/15/2023 | DBO Data Dictionary, DocuSign (HERNANDEZ-DOJ-0002025500) |
| | | **300s** |
| 301 | 9/13/2023 | January 30, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002040524 through HERNANDEZ-DOJ-0002040530) |
| 302 | 9/13/2023 | January 31, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002040533 through HERNANDEZ-DOJ-0002040542) |
| 303 | 9/13/2023 | February 1, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002040544 through HERNANDEZ-DOJ-0002040545) |
| 304 | 9/13/2023 | February 4, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002040566 through HERNANDEZ-DOJ-0002040567) |
| 305 | 9/13/2023 | February 8, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002040587 through HERNANDEZ-DOJ-0002040589) |
| 306 | 9/13/2023 | February 12, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002040618) |

| Exhibit No. | Date Admitted | Description |
|---|---|---|
| 307 | 9/13/2023 | February 13, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002040627 through HERNANDEZ-DOJ-0002040628) |
| 308 | 9/13/2023 | February 22, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002040628 through HERNANDEZ-DOJ-0002040672) |
| 309 | 9/13/2023 | February 13, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002040751 through HERNANDEZ-DOJ-0002040752) |
| 310 | 9/13/2023 | March 21, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002040777 through HERNANDEZ-DOJ-0002040779) |
| 311 | 9/13/2023 | March 25, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002040793 through HERNANDEZ-DOJ-0002040794) |
| 312 | 9/13/2023 | March 27, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002040810 through HERNANDEZ-DOJ-0002040812) |
| 313 | 9/13/2023 | March 31, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002040858 through HERNANDEZ-DOJ-0002040860) |
| 314 | 9/13/2023 | March 31, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002040845 through HERNANDEZ-DOJ-0002040850) |
| 315 | 9/13/2023 | April 8, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002040908) |
| 316 | 9/13/2023 | April 11, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002040918) |
| 317 | 9/13/2023 | April 12, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002040924 through HERNANDEZ-DOJ-0002040925) |
| 318 | 9/13/2023 | May 2, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002040973 through HERNANDEZ-DOJ-0002040978) |
| 319 | 9/13/2023 | May 13, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002040995) |
| 320 | 9/13/2023 | June 18, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041036) |
| 321 | 9/13/2023 | June 24, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041052 through HERNANDEZ-DOJ-0002041053) |

| Exhibit No. | Date Admitted | Description |
|---|---|---|
| 322 | 9/13/2023 | July 10, 2019 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041068) |
| 323 | 9/13/2023 | January 8, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041332 through HERNANDEZ-DOJ-0002041336) |
| 324 | 9/13/2023 | January 15, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041368) |
| 325 | 9/13/2023 | February 27, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041536 through HERNANDEZ-DOJ-0002041537) |
| 326 | 9/13/2023 | February 27, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041531 through HERNANDEZ-DOJ-0002041532) |
| 327 | 9/13/2023 | March 4, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041571 through HERNANDEZ-DOJ-0002041573) |
| 328 | 9/13/2023 | March 7, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041586) |
| 329 | 9/13/2023 | April 23, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041696 through HERNANDEZ-DOJ-0002041698) |
| 330 | 9/13/2023 | April 24, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041698 through HERNANDEZ-DOJ-0002041701) |
| 331 | 9/13/2023 | May 3, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041716 through HERNANDEZ-DOJ-0002041718) |
| 332 | 9/13/2023 | May 8, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041732) |
| 333 | 9/13/2023 | June 2, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041778 through HERNANDEZ-DOJ-0002041779) |
| 334 | 9/13/2023 | July 23, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041905) |
| 335 | 9/13/2023 | July 31, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041935 through HERNANDEZ-DOJ-0002041936) |
| 336 | 9/13/2023 | August 4, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041942) |
| 337 | 9/13/2023 | August 5, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041946) |

| Exhibit No. | Date Admitted | Description |
|---|---|---|
| 338 | 9/13/2023 | August 7, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041949 through HERNANDEZ-DOJ-0002041950) |
| 339 | 9/13/2023 | August 12, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041977) |
| 340 | 9/13/2023 | August 13, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041986 through HERNANDEZ-DOJ-0002041987) |
| 341 | 9/13/2023 | August 17, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002041997 thorugh HERNANDEZ-DOJ-0002041999) |
| 342 | 9/13/2023 | August 20, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002042008 through HERNANDEZ-DOJ-0002042010) |
| 343 | 9/13/2023 | August 25, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002042024) |
| 344 | 9/13/2023 | September 2, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002042037) |
| 345 | 9/13/2023 | September 3, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002042038) |
| 346 | 9/13/2023 | September 10, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002042062) |
| 347 | 9/13/2023 | September 11, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002042068 through HERNANDEZ-DOJ-0002042069) |
| 348 | 9/13/2023 | September 22, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002042099 through HERNANDEZ-DOJ-0002042102) |
| 349 | 9/13/2023 | September 24, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002042104 through HERNANDEZ-DOJ-0002042105) |
| 350 | 9/13/2023 | October 6, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002042145 through HERNANDEZ-DOJ-0002042147) |
| 354 | 9/14/2023 | Text Messages between Richard Epstein and Zach Davis (HERNANDEZ-DOJ-0002420369) |
| 355 | 9/18/2023 | Text Messages between Michael Stein and Elizabeth Hernandez |
| 355A | 9/18/2023 | Image extracted from text messages between Michael Stein and Elizabeth Hernandez |
| 355B | 9/18/2023 | Image extracted from text messages between Michael Stein and Elizabeth Hernandez |

| Exhibit No. | Date Admitted | Description |
|---|---|---|
| 355C | 9/18/2023 | Image extracted from text messages between Michael Stein and Elizabeth Hernandez |
| 358 | 9/18/2023 | iMessage Messages between Aleu and Hernandez |
| 358A | 9/18/2023 | October 25, 2021 Email of Screenshots of Messages between Maria Aleu and Hernandez |
| 358B | 9/18/2023 | October 25, 2021 Email of Screenshots of Messages between Maria Aleu and Hernandez |
| 358C | 9/18/2023 | October 25, 2021 Email of Screenshots of Messages between Maria Aleu and Hernandez |
| 358D | 9/18/2023 | October 25, 2021 Email of Screenshots of Messages between Maria Aleu and Hernandez |
| 358E | 9/18/2023 | October 25, 2021 Email of Screenshots of Messages between Maria Aleu and Hernandez |
| 358F | 9/18/2023 | October 25, 2021 Email of Screenshots of Messages between Maria Aleu and Hernandez |
| 358G | 9/18/2023 | October 25, 2021 Email of Screenshots of Messages between Maria Aleu and Hernandez |
| 358H | 9/18/2023 | October 25, 2021 Email of Screenshots of Messages between Maria Aleu and Hernandez |
| 358I | 9/18/2023 | October 25, 2021 Email of Screenshots of Messages between Maria Aleu and Hernandez |
| 358J | 9/18/2023 | October 25, 2021 Email of Screenshots of Messages between Maria Aleu and Hernandez |
| 358K | 9/18/2023 | October 25, 2021 Email of Screenshots of Messages between Maria Aleu and Hernandez |
| 359 | 9/18/2023 | Text Messages between Maria Aleu and Hernandez |
| 359A | 9/18/2023 | Composite of Select Attachments from Text Messages between Aleu and Hernandez |
| 360 | 9/18/2023 | WhatsApp Messages between Elizabeth Hernandez and Antonio Gousgounis |
| 361 | 9/19/2023 | October 15, 2020 Text Messages between Elizabeth Hernandez and Grace Oropesa |
| 364 | 9/13/2023 | October 23, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002042166 through HERNANDEZ-DOJ-0002042171) |
| 365 | 9/13/2023 | September 16, 2020 Text Messages between Ledesma and Hernandez (HERNANDEZ-DOJ-0002042085) |
| 366 | 9/19/2023 | 2020.12.11 Text Messages between Hernandez and Oropesa |
| 367 | 9/18/2023 | Text Messages between Michael Stein and Chris Hutson |
| | | **400s** |

| Exhibit No. | Date Admitted | Description |
|---|---|---|
| 402 | 9/19/2023 | August 21, 2018 Email exchange between Elizabeth Hernandez and Claudia Fernandez (Dial4MD) Re: I'm getting an error message for patient below. (HERNANDEZ-DOJ-0007195659 through HERNANDEZ-DOJ-7195660) |
| 403 | 9/19/2023 | August 27, 2018 Email exchange between Elizabeth Hernandez and akeye@advantagechoicecare.com Re: Elizabeth Hernandez PECOS info (HERNANDEZ-DOJ-0007195497) |
| 405 | 9/19/2023 | September 18, 2018 Email exchange between Elizabeth Hernandez and Alicia Hiller (Lifeline Recruiting) Re: Tele Med: PSA, Direct Deposit, I9 and W9 (HERNANDEZ-DOJ-0003200798 through HERNANDEZ-DOJ-0003200825) |
| 407 | 9/19/2023 | September 28, 2018 Email exchange between Elizabeth Hernandez and Steve Murdock Re: Murdock Consulting - CGX Testing Introduction (HERNANDEZ-DOJ-0007216014) |
| 408 | 9/19/2023 | September 28, 2018 Email exchange between Elizabeth Hernandez and Steve Murdock Re: Murdock Consulting - CGX Testing Introduction (HERNANDEZ-DOJ-0003204554 through HERNANDEZ-DOJ-0003204556) |
| 409 | 9/19/2023 | October 15, 2018 Email exchange between Elizabeth Hernandez and Sarah Smola (Provider Partners) Re: Telehealth Solutions - SPECIAL OFFER (HERNANDEZ-DOJ-0003201363) |
| 411 | 9/19/2023 | November 7, 2018 Email exchange between Elizabeth Hernandez and johnfrey@nchcr.com Re: Telemedicine Opportunity (HERNANDEZ-DOJ-0003197643 through HERNANDEZ-DOJ-0003197647) |
| 412 | 9/19/2023 | November 28, 2018 Email exchange between Elizabeth Hernandez and Bill Frey Re: Bill Frey DME referrals FW: BB time sensative (HERNANDEZ-DOJ-0003197183 through HERNANDEZ-DOJ-0003197185) |
| 416 | 9/18/2023 | January 11, 2019 Email exchange between pinkeli@aol.com and Pamela Ray Re: DMERX (HERNANDEZ-DOJ-0000086348) |
| 417 | 9/18/2023 | January 14, 2019 Email exchange between pinkeli@aol.com and Pamela Ray Re: Elizabeth Hernandez (HERNANDEZ-DOJ-0000086405) |
| 418 | 9/18/2023 | January 14, 2019 Email exchange between pinkeli@aol.com and Pamela Ray Re: demerx (HERNANDEZ-DOJ-0000086411) |
| 419 | 9/19/2023 | February 2, 2019 Email exchange (4:13:42) between Elizabeth Hernandez and Ronny Yum Re: CGS DME Mac Video - Ronny Yum (HERNANDEZ-DOJ-0007217493) |
| 420 | 9/14/2023 | Medicare Minute MD Video Re: Telehealth Benefit |
| 420A | 9/14/2023 | Medicare Minute MD Video Re: Telehealth Benefit - Excerpt |
| 420B | 9/14/2023 | Medicare Minute MD Video Re: Telehealth Benefit - Excerpt |
| 420C | 9/14/2023 | Medicare Minute MD Video Re: Telehealth Benefit - Excerpt |

| Exhibit No. | Date Admitted | Description |
|---|---|---|
| 421 | 9/19/2023 | February 2, 2019 Email exchange (5:19:29) between Elizabeth Hernandez and Ronny Yum Re: CGS DME Mac Video - Ronny Yum (HERNANDEZ-DOJ-0007217479) |
| 422 | 9/19/2023 | February 5, 2019 Email exchange between Elizabeth Hernandez and angela@1stcaremd.com Re: Orientation & Welcome to 1st Care MD - Contact Angela once reviewed and complete (HERNANDEZ-DOJ-0003324062 through HERNANDEZ-DOJ-0003324064) |
| 423 | 9/19/2023 | February 6, 2019 Email exchange between Elizabeth Hernandez and e.florendo@medsymphony.com Re: My signature (HERNANDEZ-DOJ-0007215149 through HERNANDEZ-DOJ-0007215150) |
| 425 | 9/19/2023 | February 8, 2019 Email exchange between Elizabeth Hernandez and j.simmons@medsymphony.com Re: Jan 2019 Consults (HERNANDEZ-DOJ-0003203158) |
| 426 | 9/19/2023 | February 9, 2019 Email exchange between Elizabeth Hernandez and angela@1stcaremd.com Re: DMERX Portal (HERNANDEZ-DOJ-0003323105 through HERNANDEZ-DOJ-0003323106) |
| 428 | 9/19/2023 | March 5, 2019 Email exchange between Elizabeth Hernandez and Marissa Handley (Medsymphony) Re: Payroll (HERNANDEZ-DOJ-0007215052 through HERNANDEZ-DOJ-0007215054) |
| 429 | 9/19/2023 | March 6, 2019 Email from ainna@medsymphony.com to support@medsymphony.com and jamie@medsymphony.com Re: Letter from Jamie Simmons, MedSymphony LLC (HERNANDEZ-DOJ-0007215044 through HERNANDEZ-DOJ-0007215054) |
| 433 | 9/18/2023 | April 30, 2019 Email exchange between Pamela Ray and Elizabeth Hernandez Re: Trying to reach you (HERNANDEZ-DOJ-0000137264) |
| 434 | 9/15/2023 | May 4, 2019 Email exchange between Elizabeth Hernandez and Pamela Ray Re: Elizabeth Hernandez states and Cancer form (HERNANDEZ-DOJ-0003710562through HERNANDEZ-DOJ-0003710578) |
| 435 | 9/19/2023 | June 5, 2019 Email from pinkeli@aol.com to j.simmons@medsymphony.com Re: Footbaths (HERNANDEZ-DOJ-0007215185) |
| 436 | 9/19/2023 | June 7, 2019 Email from Claudia Fernandez (claudia@dial4md.com) to Elizabeth Hernandez Re: Dial4MD (HERNANDEZ-DOJ-0007213978 through HERNANDEZ-DOJ-0007213984) |
| 437 | 9/19/2023 | June 7, 2019 Email from Elizabeth Hernandez to Claudia Fernandez Re: Dial4MD (HERNANDEZ-DOJ-0007213971 through HERNANDEZ-DOJ-0007213977) |
| 440 | 9/19/2023 | August 13, 2019 Email from pinkeli@aol.com to Dominique Russell (drussell@bartonassociates.com) Re: Yellow discrepancy (HERNANDEZ-DOJ-0003198108) |

| Exhibit No. | Date Admitted | Description |
|---|---|---|
| 442 | 9/19/2023 | August 26, 2019 Email exchange between pinkeli@aol.com and questions@usmanagementresources.com Re: Contacting Patients (HERNANDEZ-DOJ-0007192976) |
| 445 | 9/19/2023 | September 29, 2019 Email from pinkeli@aol.com to graceoropesa@gmail.com Re: Federal Law Enforcement Action Involving Fraudulent Genetic Testing Results in Charges Against 35 Individuals Responsible for Over $2.1 Billion in Losses in One of the Largest Health Care Fraud Schemes Ever Charged (HERNANDEZ-DOJ-0007192767) |
| 449 | 9/19/2023 | April 3, 2020 Email exchange between pinkeli@aol.com and Alicia Hiller (alicia@lifelinerecruiting.com) Re: Two new opportunities (HERNANDEZ-DOJ-0007216550 through HERNANDEZ-DOJ-0007216561) |
| 450 | 9/18/2023 | April 5, 2020 Email exchange between Michael Stein (michael@growthlogix.com), Alicia Hiller (alicia@lifelinerecruiting.com) and pinkeli@aol.com Re: Two new opportunities (HERNANDEZ-DOJ-0007216526 through HERNANDEZ-DOJ-0007216536) |
| 453 | 9/20/2023 | August 10, 2020 Email from Michael Stein to Elizabeth Hernandez Re. Updates to Workflow |
| 454 | 9/19/2023 | August 11, 2020 Email exchange between Doug Bright (dbright1@aol.com) and Elizabeth Hernandez (elizabeth.hernandez.aprn@gmail.com) Re: Genetic Screening Results (HERNANDEZ-DOJ-000721694) |
| 455 | 9/19/2023 | September 17, 2020 Email exchange between Dominique Russell (drussell@bartonassociates.com) and pinkeli@aol.com Re: RCE Instructions (HERNANDEZ-DOJ-0003198055 through HERNANDEZ-DOJ-0003198057) |
| 456 | 9/19/2023 | September 23, 2020 Email exchange between pinkeli@aol.com and Scott Allen (scott@rcelive.com) and Ivan Castro (ivan@rcelive.com) Re: Fwd: Patient Stating RCE is Fraud and Alerted Medicare and federal authorities (HERNANDEZ-DOJ-0004596516 through HERNANDEZ-DOJ-4596519) |
| 457 | 9/19/2023 | September 29, 2020 Email exchange between whboss@gmail.com and Elizabeth Hernandez (elizabeth.hernandez.aprn@gmail.com) Re: Genetic Testing Screening Results (HERNANDEZ-DOJ-0007210633) |
| 458 | 9/19/2023 | September 30, 2020 Email exchange between pinkeli@aol.com and scott@rcelive.com and brandie@rcelive.com Re: Fwd: MediOrbus Patient said calling the police (HERNANDEZ-DOJ-0007175116) |

| Exhibit No. | Date Admitted | Description |
|---|---|---|
| 460 | 9/19/2023 | October 14, 2020 Email exchange between pinkeli@aol.com and Michael Stein (michael@growthlogix.com) Re: Need results STAT - Pt is claiming that we are a fraud (HERNANDEZ-DOJ-0005913991 through HERNANDEZ-DOJ-0005913993) |
| 461 | 9/19/2023 | October 15, 2020 Email exchange between pinkeli@aol.com and evecharity@aol.com Re: Fwd: John - Your Lab Results Are Ready, Now Schedule your Genetic Counselor Consultation (HERNANDEZ-DOJ-0004607090 through HERNANDEZ-DOJ-0004607091) |
| 462 | 9/19/2023 | October 22, 2020 Email exchange between Takeya Collins (tsoltero@gmail.com) and pinkeli@aol.com Re: Fwd: fml….how crazy (HERNANDEZ-DOJ-0005951905 through HERNANDEZ-DOJ-0005951922) |
| 463 | 9/19/2023 | October 24, 2020 Email from eFax (message@inbound.efax.com) to pinkeli@aol.com Re: eFax message from "9735950908" - 2 page(s), Caller-ID: +19735950908 (HERNANDEZ-DOJ-0003442717 through HERNANDEZ-DOJ-0003442719) |
| 467 | 9/18/2023 | Screenshot of email from Maria Aleu (HERNANDEZ-DOJ-0003238135) |
| 468 | 9/19/2023 | July 9, 2019 Email from Elizabeth Hernandez to graceoropesa@gmail.com Re: Fwd: New Telehealth Legislation (HERNANDEZ-DOJ-0003300502 through HERNANDEZ-DOJ-0003300505) |
| 471 | 9/19/2023 | September 3, 2019 Email from Elizabeth Hernandez (pinkeli@aol.com) to Elaine Flores Re: For Signature Batch 2 (HERNANDEZ-DOJ-0003202797) |
| 472 | 9/13/2023 | July 18, 2020 Email from Joanna Ledesma to Elizabeth Hernandez (pinkeli@aol.com) Re: BCX - Male with Ovarian CA? (HERNANDEZ-DOJ-0003520768) |
| 473 | 9/13/2023 | Composite exhibit of August 12, 2020 Emails and texts between Joanna Ledesma, Elizabeth Hernandez, and Michael Stein regarding IP address 23.121.17.84 |
| 476 | 9/19/2023 | March 21, 2019 Email exchange with Joe Bretti Re: [No Subject] [HERNANDEZ-DOJ-0007193458] |
| 477 | 9/19/2023 | February 5, 2019 Email from Elizabeth Hernandez to noreply@mail.hellosign.com Re: Everyone Has Signed Clinician Service Agreement |
| 480 | 9/20/2023 | May 28, 2020 Email from Elizabeth Hernandez to Neifa Nayor Re. Fwd. Confirmed Reservation - Fanta-Sea |
| 481 | 9/20/2023 | January 9, 2020 1:57PM Email from Evelyn Hernandez to Elizabeth Hernandez Re. Fwd. Costco Travel: Confirmation #C369487891 |
| 490 | 9/20/2023 | February 26, 2019 Email from Elizabeth Hernandez to Grace Oropesa Re. Fwd: Assignment of Patients and Telemedicine |

| Exhibit No. | Date Admitted | Description |
|---|---|---|
| | | **500s** |
| 501 | 9/19/2023 | October 28, 2019 Letter from Florida Department of Health (HERNANDEZ-DOJ-0003259207 through HERNANDEZ-DOJ-0003259210) |
| 505 | 9/19/2023 | October 4, 2020 Letter from Tricare (HERNANDEZ-DOJ-0004469132) |
| 506 | 9/19/2023 | November 14, 2020 Letter from Hernandez to Tricare (HERNANDEZ-DOJ-0006543041) |
| 507 | 9/19/2023 | January 13, 2021 Letter from Hernandez to Medicare (HERNANDEZ-DOJ-0003260287) |
| 508 | 9/19/2023 | February 10, 2021 Letter from Florida Department of Health (HERNANDEZ-DOJ-0003300191 through HERNANDEZ-DOJ-0003300199) |
| 510 | 9/19/2023 | Handwritten Document Found in Elizabeth Hernandez's Residence (HERNANDEZ_0000005554 through HERNANDEZ_0000005555) |
| 512 | 9/19/2023 | April 19, 2019 Video of Elizabeth Hernandez Making Police Report |
| 513 | 9/19/2023 | Braces collected from D.D. (Physical Evidence) |
| 514 | 9/14/2023 | Photos and Descriptions of Various Orthotic Devices |
| 517A | 9/18/2023 | Clinician Exam Oveview Video - Part 1 (Patient Info and Triage) |
| 517B | 9/18/2023 | Clinician Exam Oveview Video - Part 2 (Comprehensive and Specific Exam) |
| 517C | 9/18/2023 | Clinician Exam Oveview Video - Part 3 (Clinician Acknowledgements and E-Signature) |
| 518 | 9/15/2023 | Letter from Whittemores to Elizabeth Hernandez Dated October 15, 2020 |
| 519A | 9/19/2023 | Excerpt of May 16, 2023 Elizabeth Hernandez's Testimony |
| 522 | 9/15/2023 | P.K. Depostion Video |
| | | **600s** |
| 600 | 9/19/2023 | Elizabeth Hernandez's Monthly Deposits from Listed Sources |
| 601 | 9/19/2023 | Hernandez's Total Deposits from Listed Sources, Aug 2018 through Jan 2021 |
| 602 | 9/19/2023 | Deposits into Bank of America Account Ending in x5046 From Select Entities with Date Ranges |
| 603 | 9/19/2023 | Deposits Between August 2018 and May 2021 to Account of Elizabeth Hernandez and Christopher Sanchez from Selected Sources |
| 604 | 9/19/2023 | Payments from Ocean Power Media to Elizabeth Hernandez and Payments from Elizabeth Hernanez to Antonio Gousgounis - Timeline |
| 605 | 9/18/2023 | Payments from Elizabeth Hernandez to Antonio Gousgounis |
| 606 | 9/13/2023 | Payments from Elizabeth Hernandez to Joanna Ledesma |
| 607 | 9/19/2023 | Select Disbursements from Bank of America Accounts Ending x0546 and x0559 |
| | | **700s** |

| Exhibit No. | Date Admitted | Description |
|---|---|---|
| 705 | 9/15/2023 | April 2, 2019 H.C. Sunrise (DMERx) Doctor's Order (HERNANDEZ-DOJ-0003145553 through HERNANDEZ-DOJ-0003145563) |
| 710 | 9/14/2023 | January 14, 2019 G.A. DMERx Doctor's Order (HERNANDEZ-DOJ-0003142105 through HERNANDEZ-DOJ-0003142113) |
| 712 | 9/14/2023 | February 5, 2019 L.S. DMERx Doctor's Order (HERNANDEZ-DOJ-0003187644 through HERNANDEZ-DOJ-0003187658) |
| 713 | 9/14/2023 | February 20, 2019 J.R. DMERx Doctor's Order (HERNANDEZ-DOJ-0003184470 through HERNANDEZ-DOJ-0003184478) |
| 714 | 9/14/2023 | March 8, 2019 G.H. DMERx Doctor's Order (HERNANDEZ-DOJ-0003160671 through HERNANDEZ-DOJ-0003160685) |
| 715 | 9/14/2023 | March 8, 2019 S.A. DMERx Doctor's Order (HERNANDEZ-DOJ-0003142583 through HERNANDEZ-DOJ-0003142591) |
| 716 | 9/15/2023 | April 16, 2020 K.B. MP3 Laboratory Cardio Requisition Form (HERNANDEZ-DOJ-0009674644 through HERNANDEZ-DOJ-0009674647) |
| 717 | 9/13/2023 | April 17, 2020 D.C. MP3 Laboratory Cardio Requistion Form (HERNANDEZ-DOJ-0009675454 through HERNANDEZ-DOJ-0009675457) |
| 718 | 9/15/2023 | April 17, 2020 M.A. MP3 Laboratory Cardio Requisition Form (HERNANDEZ-DOJ-0009675426 through HERNANDEZ-DOJ-0009675429) |
| 719 | 9/15/2023 | April 17, 2020 R.E. MP3 Laboratory Cardio Requisition Form (HERNANDEZ-DOJ-0009675506 through HERNANDEZ-DOJ-0009675509) |
| 720 | 9/15/2023 | April 18, 2020 S.F. MP3 Laboratory Cardio Requisition Form (HERNANDEZ-DOJ-0009677132 through HERNANDEZ-DOJ-0009677135) |
| 721 | 9/13/2023 | April 19, 2020 T.A. AmeriHealth Laboratory Requisition Form (HERNANDEZ-DOJ-0009677398 through HERNANDEZ-DOJ-0009677399) |
| 722 | 9/15/2023 | April 20, 2020 S.B. AmeriHealth Laboratory Requisition Form (HERNANDEZ-DOJ-0009678012 through HERNANDEZ-DOJ-0009678013) |
| 723 | 9/15/2023 | May 13, 2020 C.F. Amerihealth Laboratory Requisition Form (HERNANDEZ-DOJ-0009677086 through HERNANDEZ-DOJ-0009677087) |
| 724 | 9/15/2023 | June 3, 2020 J.G. AmeriHealth Laboratory Requistion Form (HERNANDEZ-DOJ-0009691318 through HERNANDEZ-DOJ-0009691319) |
| 725 | 9/15/2023 | June 3, 2020 R.D. AmeriHealth Laboratory Requisition Form (HERNANDEZ-DOJ-0009691354 through HERNANDEZ-DOJ-0009691355) |

| Exhibit No. | Date Admitted | Description |
|---|---|---|
| 726 | 9/15/2023 | August 12, 2020 AmeriHealth Laboratory Requisition Forms (HERNANDEZ-DOJ-0009687438 through HERNANDEZ-DOJ-0009687715) |
| 727 | 9/15/2023 | August 20, 2020 AmeriHealth Laboratory Requisition Forms (HERNANDEZ-DOJ-0009675086 through HERNANDEZ-DOJ-0009675111) |
| 728 | 9/15/2023 | September 4, 2020 Laboratory Requisition Forms (HERNANDEZ-DOJ-0009679206 through HERNANDEZ-DOJ-0009686461) |
| 729 | 9/15/2023 | September 2, 2020 B.R. First Choice Laboratory Cardio Requisition Form (HERNANDEZ-DOJ-0007173542 through HERNANDEZ-DOJ-0007173545) |
| 730 | 9/15/2023 | June 22, 2020 R.E. First Choice Laboratory CGx Requisition Form (HERNANDEZ-DOJ3-0000045560 through HERNANDEZ-DOJ3-0000045564) |
| 731 | 9/15/2023 | June 1, 2020 M.E. First Choice Laboratory CGx Requisition Form (HERNANDEZ-DOJ3-0000011172 through HERNANDEZ-DOJ3-0000011176) |
| 732 | 9/13/2023 | June 1, 2020 E.H. First Choice CGx Requisition Form (HERNANDEZ-DOJ3-0000013562 through HERNANDEZ-DOJ-0000013566) |
| 733 | 9/15/2023 | July 28, 2020 S.P. First Choice CGx Requisition Form (HERNANDEZ-DOJ3-0000014773 through HERNANDEZ-DOJ3-0000014777) |
| 735 | 9/13/2023 | September 10, 2020 R.J. Bio Choice CGx Requisition Form (HERNANDEZ-DOJ3-0000008442 through HERNANDEZ-DOJ3-0000008447) |
| 736 | 9/15/2023 | September 17, 2020 S.B. Sonoran Cardio Requisition Form (HERNANDEZ-DOJ3-0000008886 through HERNANDEZ-DOJ3-0000008889) |
| 737 | 9/15/2023 | September 24, 2020 J.K. Sonoran Cardio Requisition Form (HERNANDEZ-DOJ-0005881486 through HERNANDEZ-DOJ-0005881489) |
| 738 | 9/15/2023 | September 4, 2019 Email from pinkeli@aol.com to Elaine Florendo (Medsymphony) attaching Bioconfirm orders (HERNANDEZ-DOJ-0003263759 through HERNANDEZ-DOJ-0003263831) |
| 739 | 9/15/2023 | June 23, 2020 J.W. AmeriHealth Requisition Form (HERNANDEZ-DOJ3-0000000014) |
| 740 | 9/15/2023 | J.W. AccessDx Genetic Testing Results (HERNANDEZ-DOJ-0007401859 through HERNANDEZ-DOJ-0007401860) |
| 741 | 9/15/2023 | August 16, 2020 M.N. AmeriHealth Requisition Form (HERNANDEZ-DOJ-0009689892 through HERNANDEZ-DOJ-0009689893) |
| 742 | 9/15/2023 | July 24, 2020 P.K. AmeriHealth Requisition Form (HERNANDEZ-DOJ-0009691506 through HERNANDEZ-DOJ-0009691507) |

| Exhibit No. | Date Admitted | Description |
|---|---|---|
| 743 | 9/13/2023 | October 1, 2020 M.B. Sonoran CGx Requisition Form (HERNANDEZ-DOJ3-0000017057 through HERNANDEZ-DOJ3-0000017061) |
| 744 | 9/15/2023 | September 22, 2020 L.H. Sonoran CGx Requisition Form (HERNANDEZ-DOJ3-0000025693 through HERNANDEZ-DOJ3-0000025697) |
| 745 | 9/15/2023 | June 23, 2020 R.C. Requisition Form (HERNANDEZ-DOJ-0009687894 through HERNANDEZ-DOJ-0009687895) |
| 746 | 9/14/2023 | January 30, 2019 E.A. DMERx Order (HERNANDEZ-DOJ-0003142198 through HERNNDEZ-DOJ-0003142206) |
| 747 | 9/14/2023 | February 1, 2019 E.O.'s DMERx Order (HERNANDEZ-DOJ-0003180176 through HERNANDEZ-DOJ-0003180181) |
| 748 | 9/14/2023 | February 27, 2019 P.R.'s DMERx Order (HERNANDEZ-DOJ-0003184585 through HERNANDEZ-DOJ-0003184593) |
| 749 | 9/14/2023 | April 3, 2019 H.H.'s DMERx Order (HERNANDEZ-DOJ-0003161230 through HERNANDEZ-DOJ-0003161238) |
| 750 | 9/14/2023 | February 25, 2019 R.T.'s DMERx Order (HERNANDEZ-DOJ-0003192180 through HERNANDEZ-DOJ-0003192188) |
| | | **800s** |
| 807 | 9/19/2023 | January 14, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 809 | 9/19/2023 | February 5, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 811 | 9/19/2023 | February 20, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 812 | 9/19/2023 | March 1, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 813 | 9/19/2023 | March 8, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 814 | 9/19/2023 | March 11, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 817 | 9/19/2023 | March 15, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 818 | 9/19/2023 | March 17, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |

| Exhibit No. | Date Admitted | Description |
|---|---|---|
| 819 | 9/19/2023 | March 19, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 821 | 9/19/2023 | March 26, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 822 | 9/19/2023 | March 27, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 823 | 9/19/2023 | March 28, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 825 | 9/19/2023 | April 4, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 826 | 9/19/2023 | April 8, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 828 | 9/19/2023 | September 4, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 829 | 9/19/2023 | April 16, 2020 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 830 | 9/19/2023 | April 17, 2020 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 831 | 9/19/2023 | April 18-19, 2020 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 832 | 9/19/2023 | April 20, 2020 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 833 | 9/19/2023 | May 13, 2020 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 834 | 9/19/2023 | June 1, 2020 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 835 | 9/19/2023 | June 3, 2020 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |

| Exhibit No. | Date Admitted | Description |
|---|---|---|
| 836 | 9/19/2023 | June 22, 2020 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 837 | 9/19/2023 | June 23, 2020 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 839 | 9/19/2023 | July 23, 2020 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 840 | 9/19/2023 | July 24, 2020 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 841 | 9/19/2023 | July 28, 2020 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 843 | 9/19/2023 | August 16, 2020 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 844 | 9/15/2023 | August 16, 2020 Excerpt from AT&T Phone Records for M.N. (HERNANDEZ_0000069118) |
| 846 | 9/19/2023 | September 2, 2020 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 848 | 9/19/2023 | September 10, 2020 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 849 | 9/19/2023 | Septmber 17, 2020 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 850 | 9/19/2023 | Septmember 22, 2020 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 851 | 9/19/2023 | September 24, 2020 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 852 | 9/19/2023 | October 1, 2020 Excerpt from AT&T Phone Records for Elizabeth Hernandez (305) 505-8421 (HERNANDEZ-DOJ3-0000046408 through HERNANDEZ-DOJ3-0000067817) |
| 853 | 9/15/2023 | March 27, 2019 Excerpt from AT&T Phone Records for D.D. (HERNANDEZ_0000069159 through HERNANDEZ_0000069167) |
| 854 | 9/15/2023 | June 23, 2020 Excerpt from AT&T Phone Records for A.C. (HERNANDEZ_0000069270 through HERNANDEZ_0000069272) |

| Exhibit No. | Date Admitted | Description |
|---|---|---|
| 855 | 9/15/2023 | AT&T Subscriber Information for D.D. (HERNANDEZ_0000069356) |
| 856 | 9/15/2023 | U.S. Cellular Phone Records for P.K. |
| 857 | 9/15/2023 | Phone record for J.W. and B.W. May-June 2020 |
| 858 | 9/15/2023 | Phone record for J.W. and B.W. June-July 2020 |
| 859 | 9/15/2023 | AT&T Subscriber Information for A.C. (HERNANDEZ_0000069357) |
| 860 | 9/19/2023 | January 30, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez |
| 861 | 9/19/2023 | February 1, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez |
| 862 | 9/19/2023 | February 25, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez |
| 863 | 9/19/2023 | February 27, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez |
| 864 | 9/19/2023 | April 3, 2019 Excerpt from AT&T Phone Records for Elizabeth Hernandez |
| 865 | 9/19/2023 | Verizon Phone Record for A.R. |
| | | **900s** |
| 901 | 9/15/2023 | Summary - Panda Conservation Group (Zoho) Time Elapsed Between Doctor Assigned and Signature |
| 902 | 9/15/2023 | Summary - Panda Conservation Group (Zoho) Time Elapsed Between Doctor Assigned and Signature for M.N. |
| 903 | 9/19/2023 | DMERx IP Addresses for Doctor's Orders |
| | | **1000s** |
| 1002 | 9/15/2023 | Zoho Export - April - December 2020 |
| 1004 | 9/20/2023 | Records from Apple Inc. for pinkeli@aol.com (Elizabeth Hernandez's Apple Account) |
| 1005 | 9/20/2023 | Records from Apple Inc. for pinkeli@aol.com (Elizabeth Hernandez's Apple Account) |
| 1006 | 9/20/2023 | Records from Apple Inc. for pinkeli@aol.com (Elizabeth Hernandez's Apple Account) |