UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CR-20152-MOORE

UNITED STATES OF AMERICA
    Plaintiff,

vs.

ELIZABETH HERNANDEZ,
    Defendant.
_____/

**QUESTION/NOTE FROM DELIBERATING JURY**

On Counts 2 to 7:

i) Wire dates do not match paper work. Does it matter?

ii) We can't find paper work for
 - M.N.
 - P.K.

On Count 10: We can't find paperwork.

Date: 09/20/23

                            Foreperson

PLEASE RETURN THIS FORM TO THE COURTROOM DEPUTY.

Ct's Ex #1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CR-20152-MOORE

UNITED STATES OF AMERICA
    Plaintiff,

vs.

ELIZABETH HERNANDEZ,
    Defendant.
_____/

### QUESTION/NOTE FROM DELIBERATING JURY

WE REACHED A DECISION

Date: 20 Sep 2023

Foreperson //

PLEASE RETURN THIS FORM TO THE COURTROOM DEPUTY.