UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-CR-20152-KMM

UNITED STATES OF AMERICA

vs.

ELIZABETH HERNANDEZ,

          Defendant.
_____/

### VERDICT FORM

We, the jury, unanimously find as follows as to the Charges against Defendant Elizabeth Hernandez:

1. As to Count 1 of the Indictment, conspiracy to commit health care fraud and wire fraud,

____X____                                                    _____
Guilty                                                              Not Guilty

If your verdict is Guilty, answer the next question:

We, the jury, unanimously find the following to be the Objects of the Conspiracy (choose one):

_____ Health Care Fraud
_____ Wire Fraud
__X__ Both Health Care Fraud and Wire Fraud

2. As to Count 2 of the Indictment, health care fraud (8/7/2020), re: J.W.

____X____                                                    _____
Guilty                                                              Not Guilty

3. As to Count 3 of the Indictment, health care fraud (9/15/2020), re: P.K.

____X____                                                    _____
Guilty                                                              Not Guilty

4. As to Count 4 of the Indictment, health care fraud (9/16/2020), re: P.K.

   __✗_____      _____
   Guilty                      Not Guilty

5. As to Count 5 of the Indictment, health care fraud (10/9/2020), re: J.W.

   __✗_____      _____
   Guilty                      Not Guilty

6. As to Count 6 of the Indictment, health care fraud (10/15/2020), re: M.N.

   _____      ____✗_____
   Guilty                      Not Guilty

7. As to Count 7 of the Indictment, health care fraud (10/27/2020), re: M.N.

   _____      ____✗_____
   Guilty                      Not Guilty

8. As to Count 8 of the Indictment, false statements in connection with health care benefits (3/27/2019), re: D.D.

   __✗_____      _____
   Guilty                      Not Guilty

9. As to Count 9 of the Indictment, false statements in connection with health care benefits (6/23/2020), re: R.C.

   __✗_____      _____
   Guilty                      Not Guilty

10. As to Count 10 of the Indictment, false statements in connection with health care benefits (7/23/2020), re: A.R.

__✗__
Guilty

_____
Not Guilty

SO SAY WE ALL

Signed: _____
FOREPERSON OF THE JURY

Dated: Sept 20th, 2023