UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:22-CR-20152-MOORE

UNITED STATES OF AMERICA,

     Plaintiff

v.

ELIZABETH HERNANDEZ,

     Defendant.

_____/

**RELEASE OF EXHIBITS**

I, _Katherine Payerle_, as Assistant United States Attorney, representing the United States of America, hereby acknowledge that the Jury Trial has concluded, and the exhibit(s) listed below have been returned by the Clerk:

[✓] **All non-documentary exhibits. (Contraband and non-documentary physical exhibits.)**

[X] **Audio and/or video exhibits** unavailable for filing at the conclusion of the proceedings. Exhibit Numbers:

_____

_____

_____

_____

[ ] Other:

_____

_____

_____

Any original exhibits that have been returned to or retained by the filing party shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

Signature of Counsel: _____     Date: _9/20/23_

Exhibits Released by: _____
             Alex Rodriguez, Deputy Clerk