-1-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20152-MOORE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| ELIZABETH HERNANDEZ, | : |
| Defendants. | : |
| .................................... | : |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul D. Petruzzi and the Law Offices of Paul D. Petruzzi, P.A., hereby enter their appearance in the District Court as counsel for Claimant, CHRISTOPHER SANCHEZ, an interested party in forfeiture matters. Please send all pleadings, correspondence, and the like to the undersigned address.

Respectfully submitted,

**LAW OFFICES OF PAUL D. PETRUZZI, P.A.**
8101 Biscayne Blvd.
PH 701
Miami, FL 33138
Telephone: (305) 373-6773
Facsimile:  (305) 373-3832
E-mail: petruzzi-law@msn.com

By:   s/ Paul Petruzzi
      **PAUL D. PETRUZZI, ESQ.**
      Florida Bar No. 982059

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2024, a true and correct copy of the foregoing was furnished via CM/ECF to all counsel of record.

                                         By:    s/ Paul Petruzzi
                                                    **PAUL D. PETRUZZI, ESQ.**
                                                    Attorney for Defendant