UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cr-20152-KMM-1

UNITED STATES OF AMERICA,

v.

ELIZABETH HERNANDEZ,

    Defendant.
_____/

**ORDER**

    THIS CAUSE came before the Court upon Defendant Elizabeth Hernandez's ("Defendant") Unopposed Motion Pursuant to Federal Rule of Criminal Procedure 38(b)(2) to Keep Defendant in Local Custody during Pendency of Direct Appeal. ("Mot.") (ECF No. 204). Therein, Defendant requests that the Court issue an order recommending that Defendant remain confined locally at Federal Detention Center-Miami during the pendency of her current direct appeal. *Id.* at 4–5. The Government does not oppose the relief requested. *Id.* at 4.

    UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Defendant's Motion (ECF No. 204) is GRANTED IN PART. The Court hereby recommends to the Bureau of Prisons that Defendant Elizabeth Hernandez remain at Federal Detention Center-Miami during the preparation of her appeal to the U.S. Court of Appeals for the Eleventh Circuit through the filing of the reply brief.

    DONE AND ORDERED in Chambers at Miami, Florida, this __28th__ day of March, 2024.

                                                                                    K. MICHAEL MOORE
                                                                                   UNITED STATES DISTRICT JUDGE

c:	All counsel of record